## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THEODORE ZIMMERMAN, EXECUTOR OF THE ESTATE OF JOYCE A. ZIMMERMAN AND THEODORE ZIMMERMAN IN HIS OWN RIGHT,

        Petitioner

        v.

ST. MARY MEDICAL CENTER, CENTER FOR COLON AND RECTAL HEALTH, INC. AND/OR INDIVIDUAL DR. DAVID SCHAFFZIN, NEPHROLOGY AND HYPERTENSION ASSOCIATES, PC, AND/OR INDIVIDUAL CHRISTOPHER FRANKEL, M.D.,

        Respondents

: No. 546 MAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2022, the Applications for Leave to File Reply are **GRANTED,** and the Petition for Allowance of Appeal is **DENIED**.